

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JEFFREY MILLER            CIVIL ACTION NO. 07-cv-1282

VERSUS            JUDGE STAGG

WARDEN BURL CAIN            MAGISTRATE JUDGE HORNSBY

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Petitioner's petition for writ of habeas corpus is **denied** and his complaint is **dismissed with prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 28th day of May, 2010.

TOM STAGG
UNITED STATES DISTRICT JUDGE